UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN J. WINKLER, JR. and MARYELLA WINKLER, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CROWN EQUIPMENT CORPORATION and Fictitious Defendants I-III, <br><br> *Defendants.* | Civil Action No.: 3:23-cv-01361-RK-JBD <br><br><br> **SCHEDULING ORDER REGARDING EXPERT DISCOVERY** |

AND NOW, this __26th__ day of __June__, 2025, it is hereby ORDERED that the following dates shall govern expert discovery:

1. Plaintiffs shall serve upon counsel for Defendant the information referred to in Federal Rule of Civil Procedure 26(a)(2) by expert report no later than **July 15, 2025**.

2. Plaintiff shall serve upon counsel for Defendant their expert report of an economist no later than **August 15, 2025.**

3. Defendant shall serve upon counsel for Plaintiffs the information referred to in Federal Rule of Civil Procedure 26(a)(2) by expert report no later than **October 15, 2025**.

4. Expert depositions, if any, shall be concluded no later than **December 5, 2025**.

5. An in-person settlement conference shall be held on __**December 10, 2025**__, 2025 at __**10:00 a.m.**__ before Magistrate Judge J. Brendan Day in Courtroom 7E at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608. The parties and/or persons with full authority to settle must accompany counsel to the settlement conference unless excused in advance by Magistrate Judge Day.

**SO ORDERED.**

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE