

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
1222 Demonbreun St.
Suite 1700
Nashville, TN 37203
T: (615) 664-5300   F: (615) 664-5399
**nelsonmullins.com**

Thomas J. Cullen Jr
Attorney
T: (615) 664-5319
thomas.cullen@nelsonmullins.com

August 18, 2025

The Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **John and Maryella Winkler v. Crown Equipment Corporation, et al.
Civil Action No. 3:23-cv-01361-RK-JBD**

Dear Magistrate Day:

      We represent the interests of Crown Equipment Corporation ("Crown") in connection with the above-referenced matter. On June 26, 2025, Your Honor issued a Scheduling Order regarding expert discovery [ECF Doc. No. 48]. Plaintiffs have failed to serve any expert report on liability or damage issues by the court-imposed deadlines of July 15, 2025, and August 15, 2025, respectively.

      While not addressed in the Court's previous order, pursuant to Your Honor's Judicial Preferences, Crown requests leave to file a Motion for Summary Judgment on grounds that Plaintiffs cannot meet their prima facie burden under the provisions of the New Jersey Product Liability Act without the support of expert testimony on liability issues.

      Crown suggests that Your Honor set a date of September 2, 2025 for Crown to submit its Motion for Summary Judgment on the issues discussed above.

      If Your Honor has any questions or comments, feel free to contact either of the below undersigned counsel.

      Respectfully submitted,

      **NELSON MULLINS RILEY &
      SCARBOROUGH, LLP**

      _____   _____
      Thomas J. Cullen, Jr. (admitted *Pro Hac Vice*)

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA
4928-3834-6336 v.1


Judge Brenden Day
August 18, 2025
Page 2

*Attorneys for Defendant,*
*Crown Equipment Corporation*

**SCHENCK, PRICE, SMITH & KING, LLP**

*/s/ Joseph C. Amoroso*\_\_\_\_\_
Joseph C. Amoroso, Esq.
*Attorneys for Defendant,*
*Crown Equipment Corporation*

4928-3834-6336 v.1