

**Joseph C. Amoroso**
*Admitted in NJ & NY*
Direct Line: 973-798-4951
Email: jca@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

September 3, 2025

**VIA ECF ONLY**
The Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  **Re:** **John and Maryella Winkler v. Crown Equipment Corporation, et al.**
     **Civil Action No. 3:23-cv-01361-RK-JBD**

Dear Magistrate Day:

  The undersigned represent the interests of Defendant Crown Equipment Corporation ("Crown") in connection with the above-referenced matter.

  We write on behalf of Crown to follow up on our prior letter filed on August 18, 2025, regarding Plaintiff's failure to comply with the expert disclosure deadlines set by the Court's June 26, 2025 Scheduling Order. As previously noted, the Court-ordered deadline for Plaintiff to serve expert reports on liability and damages was July 15, 2025. The deadline to serve an economist's report was August 15, 2025. Plaintiff failed to serve any expert reports by either date.

  On August 27, 2025, more than six weeks after the July 15, 2025 deadline, Plaintiff served an untimely liability expert report without seeking leave of Court or offering any justification for the delay. Crown objects to this late disclosure and respectfully seeks the Court's permission to file a motion to preclude the report pursuant to Federal Rule of Civil Procedure 37(c)(1).

  In the alternative, should the Court be inclined to permit Plaintiff's late report, Defendant respectfully requests that the Court modify the scheduling order to provide Crown with sufficient time to respond to Plaintiff's expert(s), accounting for Plaintiff's delay of over six weeks, and setting forth that no further expert reports, including supplemental reports, be permitted in this matter.

  We appreciate the Court's attention to this matter and are available at the Court's convenience should it wish to hold a status conference to address these issues and the overall impact on the case schedule.

Respectfully submitted,

**SCHENCK, PRICE, SMITH & KING, LLP**

*/s/Joseph C. Amoroso*
Joseph C. Amoroso, Esq.
*Attorneys for Defendant,*
*Crown Equipment Corporation*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

Thomas J. Cullen, Jr. (admitted *Pro Hac Vice*)
*Attorneys for Defendant,*
*Crown Equipment Corporation*