**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**OFFICE**: TRENTON                                    **DATE**:  JUNE 30, 2026

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                                    **CIVIL NO. 23-CV-1361 (RK) (JBD)**

JOHN J. WINKLER, JR. ET AL

v.

 CROWN EQUIPMENT CORP. ET AL


**APPEARANCES**:

William Meyer, Esq., counsel for Plaintiffs

Joseph Amoroso, Esq. and Thomas Cullen, Esq., counsel for Defendants


**NATURE OF PROCEEDINGS**:

Telephone Conference held.

Order to follow.


**Time Commenced:**    11:06 a.m.
**Time Adjourned**:    11:16 a.m.
**Total Time**:        10 minutes


s/ *Patricia Markey*
DEPUTY CLERK