**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN WINKLER et al, <br><br>       Plaintiffs, <br> v. <br><br> CROWN EQUIPMENT CORP., <br><br>       Defendant. | Civil Action No. 23-1361 (RK) (JBD) <br><br><br>     **MEDIATION ORDER** |

**THIS MATTER** having come before the Court and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties,

IT IS on this 30th day of June, 2026, **ORDERED** that:

1. This civil action be and hereby is referred to mediation by consent of the parties;

2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: Hon. Noel L. Hillman, U.S.D.J. (ret.);

3. Counsel must promptly contact the Mediator to schedule the mediation;

4. Within seven (7) days of this filing, Plaintiffs' counsel must forward copies of this Order together with the pleadings filed in this action to the Mediator;

5. Counsel and the parties, including individuals with settlement authority, shall attend mediation sessions as requested by the Mediator;

6. The fees associated with mediation shall be split equally between the parties;

7. Pending the completion of mediation, the action shall be **ADMINISTRATIVELY TERMINATED** without prejudice to restoration upon the conclusion of mediation; and

8. Upon completion of mediation, counsel are to advise the Court of the outcome via letter.

                                              **ROBERT KIRSCH**
                                              **UNITED STATES DISTRICT JUDGE**