**Other Orders/Judgments**

3:23-cv-01361-RK-JBD WINKLER et al v. CROWN EQUIPMENT CORP. et al

ARBITRATION,RULE16,SCHEDO

RECEIVED

JUL 31 2026

AT 8:30 ____________M
CLERK, U.S. DISTRICT COURT - DNJ

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 6/30/2026 at 1:08 PM EDT and filed on 6/30/2026

**Case Name:** WINKLER et al v. CROWN EQUIPMENT CORP. et al
**Case Number:** 3:23-cv-01361-RK-JBD
**Filer:**
**Document Number:** 64

**Docket Text:**
**MEDIATION ORDER; Appointing Mediator HON. NOEL L. HILLMAN, U.S.D.J. (ret). Signed by Judge Robert Kirsch on 6/30/2026. (adc, )**

**3:23-cv-01361-RK-JBD Notice has been electronically mailed to:**

JOSEPH C. AMOROSO jca@spsk.com, as@spsk.com, me@spsk.com

NOEL HILLMAN nhillman@fbtgibbons.com, cmerson@gibbonslaw.com

TIMOTHY IGNATIUS DUFFY tid@spsk.com, as@spsk.com, me@spsk.com

**3:23-cv-01361-RK-JBD Notice has been sent by regular U.S. Mail:**

WILLIAM E. MEYER
P.O. BOX 396
12 MONMOUTH STREET
RED BANK, NJ 07701-0396

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/30/2026] [FileNumber=20859679-0] [aa2032e34161767edbe8ea7637f1ed16f3f574f8933bb7372037f19633ee4f3c5e7ad0366799d9a2a257e17258acceec5fe746058bc75b110ec4db5a68bac472]]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN WINKLER et al,<br>Plaintiffs,<br>v.<br>CROWN EQUIPMENT CORP.,<br>Defendant. | Civil Action No. 23-1361 (RK) (JBD)<br><br>**MEDIATION ORDER** |

**THIS MATTER** having come before the Court and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties,

**IT IS** on this 30th day of June, 2026, **ORDERED** that:

1. This civil action be and hereby is referred to mediation by consent of the parties;
2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: Hon. Noel L. Hillman, U.S.D.J. (ret.);
3. Counsel must promptly contact the Mediator to schedule the mediation;
4. Within seven (7) days of this filing, Plaintiffs' counsel must forward copies of this Order together with the pleadings filed in this action to the Mediator;
5. Counsel and the parties, including individuals with settlement authority, shall attend mediation sessions as requested by the Mediator;
6. The fees associated with mediation shall be split equally between the parties;
7. Pending the completion of mediation, the action shall be **ADMINISTRATIVELY TERMINATED** without prejudice to restoration upon the conclusion of mediation; and
8. Upon completion of mediation, counsel are to advise the Court of the outcome via letter.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

DV DANIELS NJ 070
6 JUL 2026 PM 6 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
06/30/2026 ZIP 07101
043M31257646
US POSTAGE

RECEIVED
JUL 3 1 2026
AT ___ M
CLERK, U.S. DISTRICT COURT - DNJ

3:23-cv-01361-RK-JBD Notice has been sent by regular U.S. Ma

WILLIAM E. MEYER
P.O. BOX 396
12 MONMOUTH STREET
RED BANK NJ 07701-0396

07701S0396 B003